**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ARCELL H. JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-11346** |
| **JEFFERSON PARISH CORRECTIONAL CENTER** | **SECTION: T(4)** |

## ORDER

Considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Plaintiff's suit is dismissed **with prejudice** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.1.

**New Orleans, Louisiana**, on this 28th day of August, 2019.

_____
**GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE**